UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALACHI A. NAJAIR,

    Petitioner,

v.                                          Case No. 4:15cv95/WS/CJK

ERIC H. HOLDER, JR., et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

      This matter is before the court upon referral from the clerk. On February 20, 2015, petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 contesting his detention by U.S. Immigration and Customs Enforcement ("ICE"). (Doc. 1). On February 26, 2015, the court entered an order directing petitioner to, within thirty days, file an amended petition for writ of habeas corpus on the required Northern District of Florida form. (Doc. 4). Petitioner did not submit an amended petition within the allotted thirty days. A search for petitioner's Alien Registration Number on ICE's Online Detainee Locator System[1] revealed petitioner's status was listed as "not in custody." See Fed. R. Evid. 201(b)(2) (allowing the court to take judicial of a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned). A status of "not in custody" indicates a person was released from ICE custody within the last 60 days for any of the following reasons:

---

[1] *See* https://locator.ice.gov/odls/homePage.do.

- removed from or voluntarily departed the United States
- released from custody pending the outcome of their case
- released into the United States due to the resolution of the immigration case (e.g., grant of an immigration benefit that permits the person to remain in the country), or
- transferred into the custody of another law enforcement or custodial agency.[2]

Noting petitioner's release from ICE custody may have mooted his claim for habeas relief, the court issued an order directing petitioner to show cause, within fourteen days, why this case should not be dismissed as moot. (Doc. 5).  That order was sent to the Wakulla County Detention Facility but returned as undeliverable. (Doc. 6).

Accordingly, it is respectfully RECOMMENDED:

1. That the petition for writ of habeas corpus under 28 U.S.C. § 2241 be DISMISSED AS MOOT.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 21st day of April, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] *See* https://locator.ice.gov/odls/about.jsp

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No. 4:15cv95/WS/CJK