UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALACHI A. MAJAIR,

    Petitioner,

v.                                                          4:15cv95-WS/CJK

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 7) docketed April 21, 2015.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.  The petitioner has filed no objections to the report and recommendation.  Indeed, his copy of the report and recommendation has been returned to the court, marked "Return to Sender. Not Deliverable as Addressed. Unable to Forward."

    Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   14th   day of   May   , 2015.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE